# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-0058** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **AZIM SHOWELL** | : | |

## **ORDER**

AND NOW, this 5th day of December, 2013, upon consideration of the motion to suppress evidence (Doc. 148) filed by counsel for defendant Azim Showell, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion to suppress (Doc. 148) is DENIED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania